# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

## No. 201700116

―――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## DEZMOND J. BROMMEL
Lance Corporal (E-3), U.S. Marine Corps
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Peter S. Rubin, USMC.
Convening Authority: Commanding Officer, Combat Logistics
Regiment 25, 2d Marine Logistics Group, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Major M.T. Schnakenberg, USMC.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 30 June 2017

―――――――――――――

Before GLASER-ALLEN, FULTON, and PETTIT, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court